THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Dontell Daniel
 McDaniels, Appellant,
 
 
 

v.

 
 
 
 Alan Wilson,
 Attorney General, James Bogle, Jr., Assistant Attorney General for South
 Carolina, Respondents.
 
 
 

Appeal From Darlington County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2012-UP-074
 Submitted January 3, 2012  Filed February
8, 2012    

AFFIRMED

 
 
 
 Thomas D. Broadwater, of Newberry, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Attorney General J.C.
 Nicholson, III, all of Columbia, for Respondents.
 
 
 

PER CURIAM:  Dontell Daniel McDaniels appeals the
 circuit court's order granting Alan Wilson and James Bogle, Jr.'s motion to
 dismiss, arguing his suit was not barred by the statute of limitations,
 sovereign immunity, or the law of the case.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  Dixon v. Dixon, 362 S.C. 388, 399, 608
 S.E.2d 849, 854 (2005) (holding that an issue raised for the first time in a
 Rule 59, SCRCP, motion is not preserved for appellate review); Poch v. Bayshore Concrete Prods./S.C., Inc., 386 S.C. 13, 31, 686 S.E.2d 689, 699 (Ct. App. 2009)
 ("A party cannot use a motion to reconsider, alter or amend a judgment to
 present an issue that could have been raised prior to the judgment but was
 not.").
AFFIRMED.
 
WILLIAMS, KONDUROS, and
GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.